# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | **CHAPTER 7 CASE** |
| Chad Michael Weirens | **CASE NO. 09-60155** |
| Debtor. | **ORDER** |

This case came before the court on the motion of CitiMortgage, Inc., successor by merger with ABN AMRO Mortgage Group, Inc., its successors and/or assigns, seeking relief from the stay imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated March 3, 2006, executed by Chad M. Weirens and Catrice N. Weirens, husband and wife, recorded on March 17, 2006, as Document No. 1187629, covering real estate located in Stearns County, Minnesota, legally described as follows, to-wit:

    Lot One (1) in Block One (1) if Gardner Plat 2, Stearns County, Minnesota.

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. The movant, its assignees and successors in interest, at their option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The movant may contact the debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

3. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: April 28, 2009

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/28/2009*
Lori Vosejpka, Clerk, By DC, Deputy Clerk