UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                Chapter 7

CHAD MICHAEL WEIRENS            BKY No. 09-60155 - DDO

                         Debtor.

## ORDER APPROVING SETTLEMENT

       This matter came before the Court on the Chapter 7 Trustee's Notice of Settlement or Compromise for an order approving a settlement with Citibank. No objection having been filed, and based upon the Notice of Settlement or Compromise and all the files and records in this case:

       IT IS HEREBY ORDERED: The settlement, as described in the Notice of Settlement or Compromise, dated April 21, 2009, is approved, and Citibank shall pay the bankruptcy estate the sum of $750.00 for the settlement of this preference claim.


Dated    5/15/09

                                                    BY THE COURT:

                                                    /e/ Dennis D. O'Brien
                                                    Hon. Dennis D. O'Brien
                                                    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/15/2009
Lori Vosejpka, Clerk, by SR